**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| KELLY ROGERS, | : |
|     Plaintiff, | : |
| v. | :   CASE NO.: 1:25-CV-25 (LAG) |
| MEMORIAL HOSPITAL AND MANOR AUXILIARY INC., | : |
|     Defendant. | : |

## ORDER

On February 14, 2025, Plaintiff's Counsel, Leigh Montgomery, filed a Petition to the Clerk for Admission to Plead and Practice Pro Hac Vice. (Doc. 3). That same day, the Clerk's Office entered a Notice of Deficiency, notifying Ms. Montgomery that she "must obtain a Certificate of Good Standing from a [United States] District Court where you are admitted to practice. . . . State court certificates are NOT accepted." (*See* Docket). On February 18, 2025, the Clerk's Office entered a second notice of deficiency stating the same. (*Id.*). Ms. Montgomery is **HEREBY ORDERED** to show cause why her Admission to Plead and Practice Pro Hac Vice should not be denied for failure to provide the required Certificate of Good Standing from a United States District Court.

      **SO ORDERED**, this 2nd day of April, 2025.

                                        /s/ Leslie A. Gardner
                                        **LESLIE A. GARDNER, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT**