**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| KELLY ROGERS, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-25 (LAG) |
| | : | |
| MEMORIAL HOSPITAL AND MANOR | : | |
| AUXILIARY INC., | : | |
| | : | |
|     Defendant. | : | |
| | : | |

## <u>ORDER</u>

On February 14, 2025, Plaintiff's Counsel, Leigh Montgomery, filed a Petition to the Clerk for Admission to Plead and Practice Pro Hac Vice. (Doc. 3). That same day, the Clerk's Office entered a Notice of Deficiency, notifying Ms. Montgomery that she "must obtain a Certificate of Good Standing from a [United States] District Court where you are admitted to practice. . . . State court certificates are NOT accepted." (*See* Docket). On February 18, 2025, the Clerk's Office entered a second notice of deficiency stating the same. (*Id.*). On April 2, 2025, the Court ordered Ms. Montogomery "to show cause why her Admission to Plead and Practice Pro Hac Vice should not be denied for failure to provide the required Certificate of Good Standing from a United States District Court." (Doc. 6). On April 4, 2025, Ms. Montgomery filed a second Petition to Plead and Practice Pro Hac Vice with a Certificate of Good Standing from the United States District Court for the Southern District of Texas. (Doc. 8-1). That same day, the Clerk's Office granted Ms. Montogomery's Petition. (Doc. 9). As Ms. Montogomery has provided the required Certificate of Good Standing, the Order to Show Cause (Doc. 6) is **DISMISSED.**

    **SO ORDERED**, this 4th day of June, 2025.

        <u>/s/ Leslie A. Gardner</u>

**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**